1  George Torgun (Bar No. 222085)
2  Sejal Choksi-Chugh (Bar No. 222093)
   SAN FRANCISCO BAYKEEPER
3  785 Market Street, Suite 850
   San Francisco, California 94103
4  Telephone: (415) 856-0444
5  Facsimile: (415) 856-0443
   Email: george@baykeeper.org
6  Email: sejal@baykeeper.org

7  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation, | Civil No. C 14-03278 JSC |
| Plaintiff, | |
| v. | REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSE~~D] ORDER |
| AER Worldwide Holdings, LLC; AER Electronics, Inc.; and AER Management Services, Inc., | Hon. Jacqueline S. Corley |
| Defendants. | |

Request to Continue CMC; [~~Propos~~ed] Order - Civil No. C 14-03278 JSC

1   WHEREAS, on July 21, 2014, Plaintiff San Francisco Baykeeper ("Plaintiff") filed the above-entitled action;

WHEREAS, Plaintiff's deadline to serve the complaint on Defendants AER Worldwide Holdings, LLC, *et al*. ("Defendants") is November 18, 2014, pursuant to Fed. R. Civ. P. 4(m);

WHEREAS, Plaintiff has thus far refrained from serving the complaint while Plaintiff and Defendants (collectively referred to as the "Parties") work together to reach a settlement agreement that would avoid the need for litigation;

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines set deadlines of October 2, 2014 for the initial meet and confer and ADR papers; October 16, 2014 for the Rule 26(f) report and case management statement; and October 23, 2014 at 1:30 pm for the initial case management conference, Dkt. No. 3;

WHEREAS, the Parties desire to continue negotiating settlement in good faith and anticipate reaching a final settlement in this action within the next six (6) weeks;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the initial case management conference for December 4, 2014 at 1:30 pm, or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadlines to file ADR papers, the Rule 26(f) report, and the case management statement with the new proposed initial case management conference date;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

Dated:  September 30, 2014                    Respectfully submitted,


                                              /s/ George Torgun
                                              _____
                                              George Torgun
                                              Attorney for Plaintiff
                                              SAN FRANCISCO BAYKEEPER

1  **[~~PROPOSED~~] ORDER**

2  IT IS HEREBY ORDERED that the Initial Case Management Conference set for October 23,

3  2014 at 1:30 pm, is continued to December 4, 2014 at 1:30 pm, or such later date that is convenient for

4  the Court, and all associated deadlines be moved accordingly.

6  IT IS SO ORDERED.

7  NORTHERN DISTRICT OF CALIFORNIA

9  Dated: __October 1, 2014__   _____

10  Hon. Jacqueline S. Corley
    United States District Judge

