George Torgun (Bar No. 222085)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: george@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>AER Worldwide Holdings, LLC; AER Electronics, Inc.; and AER Management Services, Inc.,<br><br>　　　　　　Defendants. | Civil No. C 14-03278 JSC<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE; [~~PROPOS~~ED] ORDER<br><br>Hon. Jacqueline S. Corley |

Notice of Settlement and Request to Vacate CMC; [~~Proposed~~] Order - Civil No. C 14-03278 JSC

TO THE COURT AND TO THE PARTIES:

PLEASE TAKE NOTICE that Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant AER Worldwide Holdings, LLC, *et al.* ("AER") (collectively, the "Parties") have reached a tentative settlement in this action, which has been executed by the Parties. As required by federal law, a copy of the [Proposed] Settlement Agreement has been sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency (collectively, "the Agencies") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5. Copies of the [Proposed] Settlement Agreement will be sent to the Agencies via U.S. Certified Mail on today's date. Upon expiration of the 45-day review period, the Parties will request that the Court approve and execute an Order dismissing the Complaint.

In light of the 45-day statutory review period, which ends on December 19, 2014, Plaintiff respectfully requests that the Court vacate from its calendar the December 4, 2014 Case Management Conference and associated deadlines, and issue an order that Baykeeper has until December 23, 2014 to file a motion to dismiss the Complaint.

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

Dated:  November 4, 2014                           Respectfully submitted,


                                                    /s/ George Torgun
                                                    _____

                                                    George Torgun
                                                    Attorney for Plaintiff
                                                    SAN FRANCISCO BAYKEEPER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for December 4, 2014 and all associated deadlines are vacated.  The Court sets December 23, 2014 as the deadline for Baykeeper to file a motion to dismiss the Complaint.

IT IS SO ORDERED.

Dated:  Nov. 5, 2014

Hon. Jacqueline S. Corley

